**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Guillermo Arizmendi

                Plaintiff,

v.

                            Case No.: 1:25−cv−12342
                            Honorable John F. Kness

Kristi Noem, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 2, 2026:

      MINUTE entry before the Honorable John F. Kness: Before the Court is Petitioner's "Unopposed Motion to Dismiss" [21] based upon the fact that he is no longer in custody. Consistent with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the motion is granted, and the case is dismissed. In accordance with the terms of the Unopposed Motion, this dismissal is without prejudice. Each party shall bear their own fees and costs. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.